UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY C. FREEMAN,                                         CIVIL ACTION
          PLAINTIFF,

VERSUS

AUSTIN MAINTENANCE AND
CONSTRUCTION, INC.,
          DEFENDANT.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
JURY TRIAL DEMANDED

    1.  This is an action authorized and instituted pursuant to: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section(s) 2000e et seq. The plaintiff seeks a declaratory judgment and injunctive relief to invalidate, as repugnant to the laws of the United States and the State of Louisiana employment policies and practices of the AUSTIN MAINTENANCE AND CONSTRUCTION, INC., which discriminate against the plaintiff on the basis of her race and color, including retaliatory action for his activity in opposition to discrimination.   This action has been filed within 90 days of the Right to Sue Letter received from the United States Equal Employment

Opportunity Commission. All conditions precedent for the filing of this action have been met.

## JURISDICTION

2. The jurisdiction of this Court is predicated upon 28 U.S.C. Section 1331 and 1343, to redress the unlawful deprivation of Plaintiff's rights secured, guaranteed and protected by federal law. The Court also has jurisdiction pursuant to 28 U.S.C. Sections 2201 and 2202 relating to declaratory judgments. This Court may also exercise pendant jurisdiction over state law claims arising under the common law and statutes of the State of Louisiana, which arise from a common nucleus of operative fact pursuant to 28 U.S.C. Section 1367.

## PARTIES

3. The Plaintiff, LARRY C. FREEMAN, is an African American citizen of the United States who was employed by AUSTIN MAINTENANCE AND CONSTRUCTION, INC., (hereinafter AUSTIN MAINTENANCE) in Bell Chase, Louisiana.

4. The defendant AUSTIN MAINTENANCE is a Corporation, believed to be domiciled in Houston, Texas and doing business in Bell Chasse, Plaquemines Parish, Louisiana.

## CLAIMS

5. The Plaintiff alleges that AUSTIN MAINTENANCE maintains arbitrary and capricious policies of promotion and compensation that have an adverse and discriminatory impact against black employees, which policies have discriminated against the Plaintiff on the basis of race and color.

6. The Plaintiff further alleges that Austin Maintenance, through its supervisory employees, retaliated against the Plaintiff by denying him promotional opportunities and training—and then fired him because of his activities in opposition to discriminatory practices.

7. The Defendants discriminated against Plaintiff in the terms and conditions of his employment because of his race and color, including but not limited to discriminatory wages, denial of training, and denial of promotions.

8. The Plaintiff was discriminated against on the basis of his race and color and subjected to a hostile work environment, including but not limited to racially insulting jokes and being called a "nigger" in the workplace.

9.  Plaintiff was subject to sexual harassment by a male co-worker who engaged in loud public conversations about having sex with men and offering to have quid-pro-quo oral sex with male co-workers.  The same offending co-worker was allowed to hang a sexually explicit calendar in the workplace.

10.  When Plaintiff complained to management about the foregoing discriminatory conduct and hostile work environment against him in the workplace, he was subjected to an increased hostile work environment until the date he was terminated from his employment.

11.  Plaintiff is entitled to a declaratory judgment that defendant violated his employment rights protected by Title VII.  He is further entitled to reinstatement to his employment, compensatory damages, back pay, and all lost emoluments of his employment.

12.  The plaintiff is entitled to and demands a jury trial.

WHEREFORE the Plaintiff, LARRY C. FREEMAN, prays for judgment against the Defendant in the form of declaratory and injunctive relief, with compensatory damages, back pay, together with attorneys' fees, costs, and such other relief as to the Court appears just and proper.

BY ATTORNEYS FOR THE PLAINTIFF

_____
Nelson Dan Taylor, Sr. (#12684)
J. K. Haynes Legal Defense Fund
1822 N. Acadian Thruway West
Baton Rouge, LA 70802
Phone: (225) 356-5252